UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DIMETRI M. REVADA,

        Plaintiff,

  v.

R. HEISE, et. al.,

        Defendants.

No. C 13-4101 NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff describes events that led to his television being lost when he was transferred from California State Prison - Sacramento to California Correctional Institution - Tehachapi. Both of these institutions are in the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: September  10 , 2013.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Revada4101.trn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DIMETRI M. REVADA,<br><br>    Plaintiff,<br><br>v.<br><br>R. HEISE, et al,<br><br>    Defendants.<br>_____/ | No. 1:13-CV-4101 NJV (PR)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that on September 10, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.


Dimetri M. Revada
G36445
California Correctional Institution
P.O. Box 1902 4A-1C-205L
Tehachapi, CA 93581




Dated: September 10, 2013


                                /s/ *Linn Van Meter*
                                Linn Van Meter
                        Administrative Law Clerk to the
                        Honorable Nandor J. Vadas

2